UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

RICHARD PAUL WELCH, JR., :
        Plaintiff, :
 :
    v. : Docket No.
 : 2:25-CV-25
 :
STATE OF VERMONT, :
        Defendant. :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed June 9, 2025. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The State's Motion to Dismiss (Doc. 6) is GRANTED, the Petition is DISMISSED WITHOUT PREJUDICE, and Plaintiff's Motion to Review Transcript (Doc. 9) is DENIED.

It is further ordered that the a certificate of appealability under 28 U.S.C. §2253(c)(2)and Fed. R. App. P. 22(b) is DENIED because Plaintiff has failed to make a substantial showing of denial of a federal right, and because his grounds for relief do not present issues that are debatable among jurists of reason, which could have been resolved differently, or which deserve

further proceedings.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated at Burlington, in the District of Vermont, this 11th day of July, 2025.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge
